**LEE CYCLE CTR., INC. v. WILSON CYCLE CTR., INC.**

[354 N.C. 565 (2001)]

LEE CYCLE CENTER, INC. D/B/A WILSON CYCLE CENTER AND LEE MOTOR COM-
PANY, INC. v. WILSON CYCLE CENTER, INC. D/B/A CAROLINA MOTORSPORTS
AND CAROLINA MOTORSPORTS OF WILSON, INC.

No. 271A01

(Filed 18 December 2001)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of a decision
by a divided panel of the Court of Appeals, 143 N.C. App. 1, 545 S.E.2d
745 (2001), affirming in part and reversing in part a judgment signed
by Ragan, J., on 27 September 1999 in Superior Court, Wilson County.
Heard in the Supreme Court 10 December 2001.

*Farris and Farris, P.A., by Robert A. Farris, Jr.; Thomas J.
Farris; and William M.J. Farris, for plaintiff-appellants.*

*Narron & Holdford, P.A., by I. Joe Ivey, for defendant-appellees.*

PER CURIAM.

AFFIRMED.